IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| AUDIEL MONDRAGON, | : | |
|  Plaintiff, | : | Civil Action Number: |
| | : | |
| vs. | : | 4:14-cv-00028-HLM |
| | : | |
| AMERICAN CARPET | : | |
| WHOLESALERS OF GEORGIA, | : | |
| INC. and JERRY BRYSON, | : | |
|  Defendants. | : | |

**JOINT MOTION FOR REVIEW AND APPROVAL
OF SETTLEMENT AND RELEASE AGREEMENT**

Plaintiff Audiel Mondragon ("Mr. Mondragon") and Defendants American Carpet Wholesalers of Georgia, Inc. and Jerry Bryson ("Defendants"), by and through the undersigned counsel, move the Court to review and approve their Settlement Agreement and General Release, and in support thereof, show the Court as follows:

1.

Mr. Mondragon filed his Complaint [Dkt. 1] on February 17, 2014, alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq.*

1

2.

Based upon the understandings and assessments of each party, the Parties, acting at arms length, in good faith and with the advice of counsel, have negotiated and entered into a Settlement Agreement and Full and Final Release of All Claims (hereafter "the Agreement").  A true and correct copy of the Agreement is attached hereto as Attachment "A".

3.

The amount to be paid to Mr. Mondragon represents approximately one hundred percent of the amount of back pay and liquidated damages that Mr. Mondragon and his counsel estimate he is owed for unpaid overtime in the three years prior to the filing of the Complaint.

4.

The amount to be paid to Mr. Mondragon's counsel for attorney's fees and costs represent approximately one hundred percent of what Mr. Mondragon and his counsel estimate they are owed as of this date. This amount was tracked in undersigned counsel's time and billing program at rates appropriate for attorneys and staff of like and similar skills. Attorneys' fees and costs were negotiated as separate amounts from Mr. Mondragon's settlement amount. Attorney's fees and costs did not affect the amount either sought or paid to Mr. Mondragon for his FLSA claim.

5.

Pursuant to <u>Lynn's Food Stores, Inc. v. United States of Am.</u>, 679 F.2d 1350, 1353 (11th Cir. 1982), judicial approval is required to give effect to Mr. Mondragon's release of his FLSA claims, which is material to the Agreement.

6.

Once the Court approves the Agreement and all payments have made as set forth in Paragraph 1 of the Settlement Agreement, the Parties will file a Stipulation of Dismissal of this case with prejudice.

7.

The Parties further request that the Court retain jurisdiction over this matter until all payments have been made as set forth in Paragraph 1 of the Settlement Agreement and incorporate the Settlement Agreement into its Order granting this Motion.

WHEREFORE, the Parties respectfully request that this Court review and approve their Settlement Agreement and Full and Final Release of All Claims. For the Court's convenience, a proposed Order granting this Motion is attached hereto.

Respectfully submitted,

| **DELONG CALDWELL BRIDGERS & FITZPATRICK, LLC** | **SPONCLER & THARPE, LLC** |
|---|---|
| *s/ Michael A. Caldwell*<br>Michael A. Caldwell<br>Georgia Bar No. 102775 | *s/ Henry C. Tharpe, Jr.*<br>Henry C. Tharpe, Jr.<br>Georgia Bar No. 703250 |
| *s/ Charles R. Bridgers*<br>Charles R. Bridgers<br>Georgia Bar No. 080791 | P.O. Box 398<br>225 W. King St.<br>Dalton, Ga. 30722-0398<br>(706) 278-5211<br>(706) 270-9438 (facsimile)<br>htharpe@daltongalaw.com |
| 3100 Centennial Tower<br>101 Marietta Street<br>Atlanta, GA 30303<br>(404) 979-3150<br>(404) 979-3170 (facsimile)<br>michaelcaldwell@dcbflegal.com<br>charlesbridgers@dcbflegal.com | COUNSEL FOR DEFENDANTS |
| COUNSEL FOR PLAINTIFF | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| AUDIEL MONDRAGON, : | |
|  Plaintiff, : | Civil Action Number: |
| : | |
| vs. : | 4:14-cv-00028-HLM |
| : | |
| AMERICAN CARPET : | |
| WHOLESALERS OF GEORGIA, : | |
| INC. and JERRY BRYSON, : | |
|  Defendants. : | |

## CERTIFICATE OF COUNSEL

Pursuant to LR 7.1 NDGa, the undersigned counsel certifies that the within and foregoing motion was prepared using Times New Roman (14 point), one of the fonts and point selections approved by the Court in LR 5.1 C NDGa.

                                        *s/ Charles R. Bridgers*
                                        Charles R. Bridgers
                                        Georgia Bar No. 080791

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| AUDIEL MONDRAGON, : | |
|  Plaintiff, : | Civil Action Number: |
| : | |
| vs. : | 4:14-cv-00028-HLM |
| : | |
| AMERICAN CARPET : | |
| WHOLESALERS OF GEORGIA, : | |
| INC. and JERRY BRYSON, : | |
|  Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown above, I electronically filed the within and foregoing JOINT MOTION FOR REVIEW AND APPROVAL OF SETTLEMENT AND RELEASE AGREEMENT using the CM/ECF system, which will automatically send email notification of such filing to all parties of record.

Respectfully submitted,

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

6