IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| AUDIEL MONDRAGON, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 4:14-CV-0028-WEJ |
| | : | |
| AMERICAN CARPET | : | |
| WHOLESALES OF GEORGIA, INC., | : | |
| and JERRY BRYSON, | : | |
| Defendants. | : | |

## **ORDER**

This case is before the Court on the parties' Joint Motion for Review and Approval of Settlement and Release Agreement [15]. They ask the Court to review and approve their proposed Settlement Agreement and Release of Claims [15-1] because the release involves claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. The Court has reviewed the proposed Settlement Agreement and finds that it is a fair and reasonable resolution of their dispute.

Accordingly, the Joint Motion [15] is **GRANTED** and the Settlement Agreement and Release of Claims [15-1] is **APPROVED** and incorporated herein. The Court shall retain jurisdiction over this matter until the parties comply with the terms set forth in Paragraph 1 of the Settlement Agreement.

AO 72A
(Rev.8/82)

**SO ORDERED**, this 28th day of May, 2014.


_____

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

2